# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 4, 2024

Lyle W. Cayce
Clerk

No. 23-30564

In the Matter of the Complaint of Aries Marine Corporation, for Exoneration from or Limitation of Liability

Aries Marine Corporation,

*Petitioner—Appellee*,

*versus*

American Longshore Mutual Association, Limited,

*Claimant—Appellant*,

_____

Tomas Arce Perez; Glenn Gibson; Lee Bob Rose; Gabriel Vilano; Ronald Williams; Gilberto Gomez Rozas; Calvin Abshire,

*Plaintiffs—Appellees*,

*versus*

Fieldwood Energy, L.L.C.,

*Defendant—Appellee*,

*versus*

AMERICAN LONGSHORE MUTUAL ASSOCIATION, LIMITED,

*Appellant.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:19-CV-10850,
2:19-CV-13138

———————————————————

Before KING, HO, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:[*]

Affirmed. *See* 5TH CIR. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.